UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GILDARDO BARRIOS PENA (A# 088-888-461),<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | No. 1:26-cv-02474-DC-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 11) |

Petitioner was a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 11. Respondents filed objections to the findings and recommendations. ECF No. 12. However, in those objections, Respondents merely state that they object "for the reasons set forth in their previous briefing." *Id.* Those arguments were addressed by the magistrate judge and have already been rejected by this court in this case and other cases. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D. Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-

CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED on Count One only, and the court denies the remaining claims in the § 2241 petition in the interests of judicial economy since the requested relief has been granted;
3. The preliminary injunctive relief previously granted is made permanent; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge

barr2474.JO.imm